```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CLAY LEE JONES,                                                        :
                                                                       :
                        Plaintiff,                                     :
                                                                       :   25 Civ. 2688 (JPC)
        -v-                                                            :
                                                                       :   ORDER
GREATS BRAND, INC.,                                                    :
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Defendant was served with a Summons and the Complaint on April 22, 2025, making its deadline to respond May 13, 2025. *See* Dkt. 5. That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court *sua sponte* extends Defendant's deadline to respond to the Complaint to June 9, 2025. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by June 13, 2025.

SO ORDERED.

Dated: May 19, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge