```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
CLAY LEE JONES,                                                    :
                                                                   :
                              Plaintiff,                           :
                                                                   :           25 Civ. 2688 (JPC)
             -v-                                                   :
                                                                   :                ORDER
GREATS BRAND, INC.,                                                :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Plaintiff shall serve the First Amended Complaint and a copy of this Order on Defendant by August 4, 2025, and file proof of such service on the docket no later than August 6, 2025. Defendant's deadline to respond to the First Amended Complaint is extended to August 27, 2025. If Defendant fails to respond to the First Amended Complaint by that date, Plaintiff shall seek a certificate of default by August 27, 2025.

      SO ORDERED.

Dated: July 28, 2025
       New York, New York

                                                          JOHN P. CRONAN
                                                        United States District Judge