

YAAKOV SAKS▲•*
JUDAH STEIN▲•
ELIYAHU BABAD▲•
RAMI M. SALIM▲•

▲ NJBar Admissions
^ CT & NJ Bar Admissions
• NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

August 27, 2025

**<u>Via CM/ECF</u>**
The Honorable John P. Cronan
United States District Court
Southern District of New York

RE:   *Jones v. Greats Brand, Inc.*
       Case No. 1:25-cv-02688-JPC

Dear Judge Cronan:

Pursuant to the Order entered on July 28, 2025, Plaintiff Clay Lee Jones ("Plaintiff") respectfully submits the within request.

Plaintiff has attempted to serve the Amended Complaint on the new Defendant, UCGREATS, LLC but the process server was unsuccessful on his first attempt. Plaintiff is continuing its efforts to serve the First Amended Complaint but requests an additional thirty (30) days to complete service before requesting a Certificate of Default.

Thank you for your Honor's considerations.

Respectfully Submitted,

/s/ Rami Salim
Rami Salim, Esq.
*Attorney for Plaintiff*

The Court *sua sponte* extends the deadline to serve the First Amended Complaint and a copy of this Order on Defendants to September 26, 2025, and to file proof of service on the docket on later than September 29, 2025.  Defendants' deadline to respond to the First Amended Complaint is extended to October 20, 2025.  If Defendants fail to respond to the First Amended Complaint by that date, Plaintiff shall seek a certificate of default by October 20, 2025.  The Clerk of Court is respectfully directed to close Docket Number 14.

SO ORDERED.
Date: August 28, 2025

JOHN P. CRONAN
United States District Judge