UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CLAY LEE JONES, *on behalf of himself and all others*                  :
*similarly situated*,                                                  :
                                                                       :
                                                                       :          25 Civ. 2688 (JPC)
                              Plaintiff,                                :
                                                                       :          ORDER
              -v-                                                      :
                                                                       :
UCGREATS, LLC,                                                         :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On October 21, 2025, the Court ordered the parties to submit a joint letter with, among other things, a description of the case and a status update on any settlement talks in advance of the initial pretrial conference scheduled for November 5, 2025.  Dkt. 21 at 1-2.  The Court also ordered the parties to submit a proposed case management plan and scheduling order.  *Id*. at 2-3.  Both items were due October 29, 2025.  *See id.* at 2.  The parties failed to submit either.

By 5:00 p.m. on November 3, 2025, it is hereby ORDERED that the parties must file on ECF the joint letter and the proposed case management plan and scheduling order described in the Order at Docket Number 21.  The Court advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: October 30, 2025
       New York, New York                    _____
                                                    JOHN P. CRONAN
                                              United States District Judge