UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
:
CLAY LEE JONES, *on behalf of himself and all others*    :
*similarly situated*,                                                       :
:
:                          25 Civ. 2688 (JPC)
:
Plaintiff,             :
:                          ORDER
:
-v-                              :
:
UCGREATS, LLC,                                                    :
:
:
Defendant.                :
:
-------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The close of discovery in this case was April 20, 2026, and the parties were accordingly ordered to file a post-discovery status letter with the Court by April 27, 2026.  Dkt. 25 ¶¶ 10, 18. But that deadline has passed, and the letter has not been filed on the docket.  The parties shall file the letter by May 1, 2026.  The Court observes that this is the second missed deadline in this action, *see* Dkt. 22, and advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: April 28, 2026
New York, New York

_____
JOHN P. CRONAN
United States District Judge